KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Shauna L. Sullivan**
Shareholder
Admitted in Massachusetts, Michigan, New York,
Connecticut Federal Court, and New Jersey
ssullivan@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214   FAX 617.774.1714

September 27, 2023

**VIA ECF ONLY**
Magistrate Judge Steven Locke
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Allstate Insurance Company, et al. v. Hector Melgar, P.T., et al.*
   U.S.D.C. for the Eastern District of New York
   Civil Action No.: 2:22-cv-07634-AMD-SIL
   **Notice of Settlement in Principle**

Dear Magistrate Judge Locke:

My firm represents the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate"), in the above-referenced matter. Allstate, with the consent of the Defendants, submits the subject correspondence to notify this Honorable Court that Allstate has reached a settlement, in principle, with the remaining Defendants Hector Melgar, P.T., Hector Melgar, P.T., P.C. d/b/a Excelso Physical Therapy, Trimotion Physical Therapy, and Brentwood Physical Rehabilitation, David Tubens, D.C., Brentwood Regional Chiropractic, P.C., Eastern Suffolk Chiropractic, P.C., Front St. Chiropractic, P.C., Hempstead Regional Chiropractic, P.C., Huntington Regional Chiropractic, P.C., Liberty Regional Chiropractic, P.C., Patchogue Regional Chiropractic, P.C., Timothy Mosomillo, M.D., Pavilion Medical, P.C., Alexios Apazidis, M.D., Alexios Apazidis, M.D., P.C. d/b/a Advanced Spine Care and Total Spine & Sports Care, William B. Jones, M.D., Phoenix Medical Services, P.C. d/b/a Rockville Centre Pain Management & Rehabilitation, Ella Matatov, L.Ac., East Point Acupuncture, P.C., Maittes Romero, L.Ac., Ponce Acupuncture, P.C, Island Regional Management, LLC, Maxim Tyorkin, M.D. d/b/a Maximum Orthopaedics and Sports Medicine, Diana Abramchayeva, L.Ac., and DA Acupuncture, P.C., in this matter. In light of the anticipated settlement and the resolution of this matter, the parties respectfully request that the in person Status Conference scheduled for October 3, 2023 at 10:00 a.m. be cancelled pursuant to Rule 3(B) of Your Honor's Individual Rules.

Upon finalizing these settlement agreements, Allstate will be circulating Stipulations of Dismissal to the Defendants for execution forthwith. Thereafter, Allstate will file the Stipulations of Dismissal as to its claims against the Defendants. The parties anticipate the Stipulations of Dismissal should be executed and filed with this Honorable Court within the next thirty (30) days.



Should you have any questions, please do not hesitate to contact the undersigned. Thank you for your time and attention to this matter.

        Respectfully submitted,

        */s/ Shauna L. Sullivan*

        Shauna L. Sullivan

cc: All Counsel of Record (by ECF)